# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-03593 DDP (FMOx) | Date | August 27, 2008 |

Title   SLL, INC., a California corporation  -V- WAL-MART STORES, INC., a Delaware corporation; JLB MARKETING, INC., a New York corporation

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

### MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that the document entitled FIRST AMENDED COMPLAINT, filed on August 11, 2008, docket number 12 was electronically filed incorrectly and therefore ordered STRICKEN from the docket.  Counsel shall review the electronic filing procedures and re-file the document not later than September 5, 2008.

|  | : | N / A |
|---|---|---|
|  | Initials of Preparer | JAC |